**Harold ATKINS, Plaintiff—Appellant,**

v.

**Jo Anne BARNHART,\* Commissioner, Social Security Administration, Defendant—Appellee.**

No. 99–35653.

D.C. No. CV–92–01650–HJF.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 9, 2002.\*\*

Decided Jan. 11, 2002.

Before THOMAS, GRABER, and GOULD, Circuit Judges.

MEMORANDUM \*\*\*

Harold Atkins appeals the district court's decision to deny him fees and expenses for his previous merits appeal to this court and for the litigation over the appropriate fees and expenses. Because

the parties are familiar with the factual and procedural history of this case, we will not recount it here.

After careful consideration of the record and the briefs, we conclude that the district court properly followed the mandate issued by this court in *Atkins v. Apfel*, 154 F.3d 986 (9th Cir.1998). The district court employed the proper legal principles and did not abuse its discretion in applying the law to the facts. Thus, we affirm the district court's award of attorneys' fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A).

AFFIRMED.

---

\* Jo Anne Barnhart is substituted for her predecessor as Commissioner of the Social Security Administration. Fed. R.App. P. 43(c)(2).

\*\* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.